WOODWARD *vs.* HOWARD.

APPEAL FROM CIRCUIT COURT, DANE COUNTY.

Heard August 16, 1859.]                    [Decided February 7, 1860.

*Bill of Exceptions—New Trial—Practice.*

Where there has been no motion for a new trial, in the court below, and saved by bill
of exceptions, the appellate court will not look into the evidence to see whether
it will sustain the finding of the court below.

This was an action commenced by E. A. Woodward, against Jacob M. Howard, as executor of the estate of Mary P. H. Cutler, for the support and maintenance of the child of the deceased. On the trial, the court found for the plaintiff, $59 50, and judgment was entered accordingly, from which the defendant appealed.

*Carpenter & Sprague,* for the appellant.

*J. C. Hopkins,* for the respondent.

*By the Court,* DIXON, C. J. No motion for a new trial having been made in this case, we cannot examine the testimony, but are concluded by the facts as found by the circuit judge. As the facts found by him clearly sustain his conclusions of law, and establish the alleged cause of action against the defendant, the judgment below must be affirmed.

Judgment affirmed.